UNITED STATES FIDELITY AND GUARANTY COMPANY, Respondent, *v.* CARNEGIE TRUST COMPANY et al., Appellants.

SAME, Respondent, *v.* SAME, Appellants.

*U. S. Fidelity & Guaranty Co.* v. *Carnegie Trust Co.*, 161 App. Div. 429, affirmed.

*U. S. Fidelity & Guaranty Co.* v. *Carnegie Trust Co.*, 161 App. Div. 435, affirmed.

(Submitted October 13, 1914; decided November 10, 1914.)

APPEAL in each of the above-entitled actions from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 11, 1914, in favor of plaintiff, upon the submission of a controversy, under section 1279 of the Code of Civil Procedure, as to whether the plaintiff is entitled to a preference and priority of payment in the distribution of the assets of the Carnegie Trust Company, by reason of the fact that it claims, as surety to the state of New York, to be subrogated to the right of preference of the state.

*Frank M. Patterson* and *John B. Loughborough* for appellants.

*James A. O'Gorman, H. Snowden Marshall, Leonidas Dennis* and *Isaac H. Levy* for respondent.

Judgment in each case affirmed, with costs, on opinion below.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ. Not voting: HISCOCK, J.